Plaintiffs Exhibit 1



Westfield Police Dept.
Officer David Burl
06/06/20
Incident Report

At approximately 3:49PM Officer Ochoa and I were dispatched to the area of 234 Pochassic Rd for the report of an altercation between a land owner and individual on the property. The caller stated to dispatch that an Asian male with a boy were shooting at him. SGT. Chechile went to the scene as well to assist.

Upon arrival we were able to make contact with the Asian male who was identified as Kang Lu by his New Hampshire license. He was advised of the complaint and stated that he was not shooting at the caller but was target practicing on his property with his son. SGT. Chechile was able to confirm that Lu did have targets properly set up in the area described. Lu stated that the caller who was later identified as LAUSIERE Rodriguez had walked up from the river stating that his family and he were swimming. Lu then said he requested that Rodriguez leave his property.

While we were investigating the situation, Mr. Lu was detained for Officer Safety. His vehicle was searched and a locked ammo can was discovered. Lu provided the lock combination to the ammo can which lead us to find two handguns,ammunition and five loaded large capacity magazines holding 15 rounds each. I asked Lu where his license to carry firearms was located on his person so I could safely retrieve it. He stated he did not have a MA license to carry, but that he did have a license to carry in New Hampshire and was just travelling through the state. We explained to him that to discharge or carry the firearm in MA that he was still required to have a proper license. I called the Chesterfield NH Police department and I was able to confirm that Lu did have an active license to carry in New Hampshire.

While interviewing Mr. Lu we were having a difficult time making contact with the caller (victim) Lausiere Rodriguez. SGT. Chechile searched the area and was unable to locate the caller. Dispatch had made several attempts to call Rodriguez back but were unable to make contact. We explained to Mr. Lu that we were seizing his weapons and charging him for not having the proper license to carry a firearm in MA. Lu was then released from the scene. By that time dispatch had finally made contact with the caller, Rodriguez, and advised him to come up to the road and speak with us. Rodriguez stated that while Lu was shooting with his son that he had walked up from the river to let Lu know that his family was swimming. Rodriguez then said that Lu stated that if he didn't leave his property that he would shoot him. While speaking with Lu prior to making contact with Rodriguez he stated that he stopped shooting and told Rodriguez to leave his property. Lu stated that he attempted to call the police but was unable to get through with his cell phone.

Lu Kang will be charged with possession of 2 firearms without a license, possessing a high capacity feeding device, possession of ammunition without a permit, and assault with a dangerous weapon (to wit: Firearm). Upon searching Mr. Lu's criminal history it was found that he had been charged with possession of a large capacity feeding device, and with possession of a firearm without a license in Worcester on 01/28/19 (Docket's 1962CR000542A, 1962CR000542B).

or Date: 06/06/2020 - Saturday

| all Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| **0-17697** | **1549** | **911 - Trespassing (general)** | **INVESTIGATED/REPORT TAKEN** | **3** | |

Call Taker: D11 - GLADDING, KATELYN
Call Closed By: 123 - BURL, DAVID 06/06/2020 1709
Call Modified By: D03 - HARTMANN, MATTHEW
Location/Address: 234 POCHASSIC RD
Party Entered By: 06/06/2020 1556 D11 - GLADDING, KATELYN
Calling Party: RODRIGUEZ, LAUSIERE C @ 287 CHAPIN TER - SPRINGFIELD, MA 01101 413-769-4954
Sex: M
Party Entered By: 06/06/2020 1614 D11 - GLADDING, KATELYN
Involved Party: LU, KANG @ 215 S BROADWAY Apt. #208 - SLEM, NH 03079
Sex: M
Unit: C24 BURL, DAVID
Disp-16:00:06 Arvd-16:02:00 Clrd-17:09:54
Arrived By: 123 - BURL, DAVID
Cleared By: 123 - BURL, DAVID
Unit: C18 OCHOA, FABRICIO
Disp-16:00:09 Arvd-16:07:02 Clrd-17:02:24
Cleared By: 171 - OCHOA, FABRICIO
Unit: C07 CHECHILE, MICHAEL
Disp-16:00:22 Arvd-16:06:57 Clrd-16:45:07
Arrived By: 007 - CHECHILE, MICHAEL
Cleared By: 007 - CHECHILE, MICHAEL
ehicle Entered By: 06/06/2020 1609 D11 - GLADDING, KATELYN
Vehicle: SIL 2012 TOYT 4D Reg: PC FL 985QTD VIN: JTDKN3DU7C1554904
Owner: MINUTEMAN RADIOLOGY INC @ 5753 HIGHWAY 85 N UNIT 2442 - CRESTVIEW, FL 32536
ehicle Entered By: 06/06/2020 1622 D11 - GLADDING, KATELYN
Vehicle: BLU 2017 TOYT RAV4 Reg: PAN MA 5NM767 VIN: JTMDFREV6HD220238
Owner: PEASE, SERENA TERESA @ 382 MONTGOMERY RD - WESTFIELD, MA 01085-1094
Race: W Sex: F OLN: MA S30952651

Narrative: **06/06/2020 1556 GLADDING, KATELYN**
CALLER IS REQUESTING AN OFFICER AS HE STATES HE PARKED AT THIS LOCATION TO ACCESS THE RIVER AFTER SPEAKING WITH THE PROPERTY OWNER. CALLER REPORTS THE PROPERTY OWNER GAVE PERMISSION HOWEVER THERE IS NOW A MALE PARTY WITH A SMALL CHILD WHO IS "SHOOTING" AT THE CALLER AND ATTEMPTING TO REMOVE HIM FROM THE PROPERTY. CALLER DESCRIBES THE MALE AS ASIAN WEARING ALL CAMO.

Narrative: **06/06/2020 1645 GLADDING, KATELYN**
DISPATCH WAS ABLE TO CONTACT MR. RODRIGUEZ AS HE WAS NOT AT THIS LOCATION WHEN OFFICERS ARRIVED. MR. RODRIGUEZ WAS ADVISED TO HEAD BACK TO THIS LOCATION TO SPEAK WITH OFFICERS ON SCENE, HE WILL BE WALKING THAT WAY NOW.

Narrative: **06/06/2020 1703 GLADDING, KATELYN**
OFFICER BURL WILL BE COMPLETING AN INCIDENT REPORT.

20-592-OF

Narrative: **06/06/2020 1709 BURL, DAVID**
UNITS WERE DISPATCHED TO THE AREA OF 234 POCHASSIC RD FOR THE REPORT OF A LAND OWNER POSSIBLY SHOOTING AT A TRESPASSER. THE INVOLVED PARTIES WERE IDENTIFIED AS LAUSIERE RODRIEGUZ AND LU KANG. IT WAS CONFIRMED THAT KANG WHO OWNS THE LAND WAS SA FLEY SHOOTING ON HIS PROPERTY. RODRIGUEZ WHO CAME UP FROM THE RIVER AREA STATED THAT AN VERBAL ALTERCATION BEGAN BETWEEN HIM AN KANG OVER BEING ON HIS PROPERTY. PLEASE SEE INCIDENT #20-592-20 FOR MORE INFORMATION.

Refer To Incident: 20-592-OF

# FBI Criminal Justice Information Services (CJIS) Division
# Firearm-Related Challenge Certificate

Plaintiff's
Exhibit 2

This is to certify the FBI CJIS Division
has resolved the challenge of

**Kang Lu**

Mr. Lu is eligible
to possess or receive a firearm from
AMERICAN TRIKES AND MOTORSPORT.

**CHALLENGED NTN: 103R9993J**

**INITIATION DATE: 2025-06-19**

**AMD ID: AMD-2713801**

## INSTRUCTIONS TO THE FFL/POC STATE

This certificate may only be used for one transaction at the Federal Firearm Licensee (FFL)/Point-of-Contact (POC) State where the denial occurred; however, multiple firearms may be obtained if permitted by state law.

- Verify the above certificate includes the FBI seal.
- Verify the identity of the person presenting this certificate is the same as the name that appears above.
- If more than 30 days have elapsed since the initiation of the original NTN/STN appearing above on this certificate, federal law requires a NICS recheck must be conducted by the FFL/POC State before allowing the transfer. State law may require a NICS recheck for transactions less than 30 days old.
- If this is a state POC check, please contact your POC to complete the NICS recheck.
- If this is an FBI check, call the NICS Contracted Call Center at 1-877-FBI-NICS (324-6427) (select option 1) and advise the Call Center Representative you wish to perform a *challenge recheck*. The Call Center Representative will provide a new NTN and transfer the call to a NICS Customer Service Representative.
- Provide the original denial NTN, appearing above on this certificate, to the NICS Customer Service Representative. Record the new NTN, date, and status on the original Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Form 4473.
- Attach this overturned certificate issued by the FBI to the ATF Form 4473.

## AMD ID INSTRUCTIONS

- Verify the identity of the person presenting this AMD ID is the same as the name that appears above.
- If this is an FBI check:
  - E-Check user should enter the AMD ID as a number only (Example 123456) or as AMD-number (Example AMD-123456) into the UPIN field.
  - NICS Contracted Call Center users should advise the Call Center Representative (CCR) you wish to perform a challenge recheck and provide the AMD ID to the CCR. The CCR will provide the new NTN and transfer the call to a NICS Customer Service Representative.
- If this is a state POC check, please contact your POC to complete the challenge recheck and provide the AMD ID to the POC using the AMD ID as a number only (Example 123456) or as AMD-number (Example AMD-123456) into the UPIN field.