# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2025 DEC -3 AM 11:04
U.S. DISTRICT COURT
DISTRICT OF MASS.

Kang Lu
*Plaintiff,*

*v.*

GINA K. KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security ("EOPSS"),

ANDREA JOY CAMPBELL, in her personal and official capacity as Attorney General of Massachusetts,

*Defendants.*

Civil Action No. ____________

**ACTION**

**FOR**

**DECLARATORY JUDGMENT**

## MOTION FOR CM/ECF ACCESS AND ELECTRONIC FILING OF COMPLAINT

1. I, Kang Lu, appearing in my proper person in the above captioned matter respectfully request access to the Court's Case Management / Electronic Case Files (CM/ECF) system for the purpose of filing case documents online through *https:// ecf.mad.uscourts.gov*, including my initial Compliant.

2. I have established login credentials to Public Access to Court Electronic Records (PACER); my PACER account number is 4710378.

3. I am familiar with electronic case filing, and have experience using it in a prior case, see Kang Lu v. EOPPS & AGO, Docket No. 1:23-cv-12045.

4. **WHEREFORE**, I respectfully motion this Honorable Court to grant me CM/ECF privileges for the purpose of filing case documents online.

Dated: Dec. 3rd, 2025.

Respectfully submitted,

/s/ Kang Lu

Kang Lu, *in propria persona.*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
*libertywithoutlicense@gmail.com*
Phone: 413-300-2102.