Civil Action No.: **1:25–CV–13649–AK**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) Gina K. Kwon, secretary of Ex. off. Public Safety and Security (EOPSS) was received by me on (date) 12/3/2025.

☐ I personally served the summons on the individual at (place)__________ on (date)__________ ; or

☒ I left the summons at the individual's residence or usual place of abode with (name) Adrian Hatch __________, a person of suitable age and discretion who resides there, on (date) __________, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Adrian Hatch, Paralegal, who is designated by law to accept service of process on behalf of (name of organization) EOPSS and Secretary Gina K. Kwon on (date) 12/3/2025; or

☐ I returned the summons unexecuted because__________ ; or

☐ Other (specify) :

My fees are $ ~~50~~ for travel and $ ~~20~~ for services, for a total of $ N/A.

I declare under penalty of perjury that this information is true.

Dec. 3, 2025
Date

Xing Qi Lee
*Server's Signature*

Xing Qi Lee
*Printed name and title*

106 Sewall Ave. #3, Brookline, MA 02446
*Server's Address*

FILED IN CLERKS OFFICE
2025 DEC -3 PM 2:56
U.S. DISTRICT COURT
DISTRICT OF MASS.

Additional information regarding attempted service, etc: