Case 1:25-cv-13649-AK Document 8 Filed 12/03/25 Page 1 of 1

Civil Action No.: **1:25–CV–13649–AK**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) Andrea Joy Campbell Attorney General of Massachusetts was received by me on (date) 12/3/2025.

☐ I personally served the summons on the individual at (place)__________ on (date)__________ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)__________, a person of suitable age and discretion who resides there, on (date) __________, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Joseph Barnes, Mail Room, who is designated by law to accept service of process on behalf of (name of organization) AGO Andrea Joy Campbell on (date) 12/3/2025; or

☐ I returned the summons unexecuted because__________ ; or

☐ Other (specify) :

My fees are $ ________ for travel and $________ for services, for a total of $ N/A

I declare under penalty of perjury that this information is true.

Dec. 3, 2025
Date

Xingqi Lu
*Server's Signature*

XingQi Lu
*Printed name and title*

106 Sewall Ave. #3, Brookline MA 02446
*Server's Address*

Additional information regarding attempted service, etc:

FILED IN CLERKS OFFICE 2025 DEC -3 PM 2:56 U.S. DISTRICT COURT DISTRICT OF MASS.