UNITED STATES COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu,<br><br>Plaintiff,<br><br>v.<br><br>Gina K. Kwon, et al.,<br><br>Defendants. | CIVIL ACTION<br>No. 25-13649-AK |

**NOTICE OF APPEARANCE**

Please enter on the docket the appearance of Alexander Weiss, Assistant Attorney General, as counsel for Gina K. Kwon, in her official capacity as Secretary of the Executive Office of Public Safety and Security; and Andrea Joy Campbell, in her official capacity as Attorney General of Massachusetts.

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Alexander Weiss

Alexander Weiss
BBO No. 711929
Assistant Attorney General
Constitutional and Administrative Law Div.
One Ashburton Place
Boston, MA 02108
(617) 963-2934
Alexander.Weiss@mass.gov

Date: December 22, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Alexander Weiss*
Alexander Weiss
Assistant Attorney General

Date: December 22, 2025