UNITED STATES COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu,<br><br>Plaintiff,<br><br>v.<br><br>Gina K. Kwon, et al.<br><br>Defendants. | CIVIL ACTION<br>No. 25-13649-AK |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Gina K. Kwon, in her official capacity as Secretary of the Executive Office of Public Safety and Security; and Andrea Joy Campbell, in her official capacity as Attorney General of Massachusetts ("Defendants") respectfully request a 60-day enlargement of the time to respond to the Complaint in the above-captioned case, through and including February 22, 2026.

As grounds for this Motion, the Defendants state as follows:

1. The Complaint in this action was filed on December 3, 2025.
2. Undersigned counsel was assigned to this case on December 9, 2025.
3. The Defendants seek this enlargement of time so that undersigned counsel may have sufficient time to prepare the response to the Complaint, particularly given the competing demands of other deadlines, including an appellate brief due in the Massachusetts Appeals Court on December 29, 2025.
4. This enlargement of time is also necessary to allow for internal review of the response to the Complaint.

5. This is the first enlargement of time requested by the Defendants.

6. Upon information and belief, allowance of this motion will not prejudice any party.

7. On December 22, 2025, the pro se Plaintiff informed undersigned counsel via email that they assent to this motion.

WHEREFORE, the Defendants respectfully request that the Court allow this motion and grant the Defendants 60 days from this date, through and including February 22, 2026, to file a response to the Complaint pursuant to Federal Rule of Civil Procedure 12.

Respectfully submitted,

GINA K. KWON, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY; AND ANDREA JOY CAMPBELL, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF MASSACHUSETTS

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Alexander Weiss
Alexander Weiss
BBO No. 711929
Assistant Attorney General
Constitutional and Administrative Law Div.
One Ashburton Place
Boston, MA 02108
(617) 963-2934
Alexander.Weiss@mass.gov

Date: December 22, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that the above document will be filed electronically through the Court's electronic case filing system on this date and will be sent by mail and email to non-registered parties.

/s/ Alexander Weiss
Alexander Weiss
Assistant Attorney General

Date: December 22, 2025