UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KANG LU,<br>Plaintiff,<br>v.<br>GINA K. KWON and another,<br>Defendants. | CIVIL ACTION NO. 25-13649-AK |

**NOTICE OF APPEARANCE**

Please enter Assistant Attorney General Mathias Fressilli's appearance as counsel of record for Gina K. Kwon, in her official capacity as Secretary of the Executive Office of Public Safety and Security; and Andrea Joy Campbell, in her official capacity as Attorney General of Massachusetts.[1]

Respectfully submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

By her attorney,

/s/ *Mathias Fressilli*
Mathias Fressilli, BBO #709176
Assistant Attorney General
Office of the Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108-1698
(617) 963-2907
MathiasFressilli@mass.gov

Date: January 12, 2026

[1] Plaintiff asserts a claim against Attorney General Andrea Joy Campell in her personal capacity. *See* Compl. page 1. Assistant Attorney General Fressill is not entering an appearance on behalf on Attorney General Campbell in her personal capacity at this time.

CERTIFICATE OF SERVICE

I, Mathias Fressilli, certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to non-registered participants by first-class mail on January 12, 2026.

Kang Lu, *pro se*
5753 Highway 85 North #2442
Crestview, FL, 32536
LibertyWithoutLicense@gmail.com

*/s/ Mathias Fressilli*
Mathias Fressilli
Assistant Attorney General