UNITED STATES COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu,<br><br>Plaintiff,<br><br>v.<br><br>Gina K. Kwon, et al.,<br><br>Defendants. | CIVIL ACTION<br>No. 25-13649-AK |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please withdraw the appearance of Alexander Weiss as counsel of record for the State Defendants, Gina K. Kwon in her official capacity as Secretary of the Executive Office of Public Safety and Security, and Andrea Joy Campbell in her official capacity as Attorney General of Massachusetts, in the above-captioned matter. Successor counsel, Mathias Fressilli, has filed his Notice of Appearance and will remain counsel of record for the State Defendants.

Respectfully submitted,

/s/ Alexander Weiss

Alexander Weiss
BBO No. 711929
Assistant Attorney General
Constitutional and Administrative Law Div.
One Ashburton Place
Boston, MA 02108
(617) 963-2934
Alexander.Weiss@mass.gov

Dated: January 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Alexander Weiss*
Alexander Weiss
Assistant Attorney General

Date: January 12, 2026