UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KANG LU,<br><br>                Plaintiff,<br><br>       v.<br><br>GINA K. KWON and another,<br><br>                Defendants. | CIVIL ACTION NO. 25-13649-AK |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(1) and 12(b)(6), Defendants Attorney General Andrea Joy Campbell (in her official and individual capacity) and Secretary of Public Safety and Security Gina K. Kwon hereby move to dismiss *Pro se* Plaintiff Kang Lu's Complaint, for the reasons stated in the accompanying memorandum.

Respectfully Submitted,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL AND
GINA K. KWON
SECRETARY OF PUBLIC SAFETY AND
SECURITY

By their attorney,

/s/*Mathias F. Fressilli*
Mathias F. Fressilli
Assistant Attorney General
Constitutional and Administrative Law Div.
One Ashburton Pl., 18th Floor
Boston, MA, 02108
(617) 963-2907
Mathias.Fressilli@Mass.gov

January 20, 2026

CERTIFICATE OF SERVICE

   I, Mathias Fressilli, certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to non-registered participants by email on February 20, 2026.

Kang Lu, *pro se*
5753 Highway 85 North #2442
Crestview, FL, 32536
LibertyWithoutLicense@gmail.com

               */s/ Mathias Fressilli*
               Mathias Fressilli
               Assistant Attorney General