# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Kang Lu
*Plaintiff*,

*v.*

GINA K. KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security ("EOPSS"),

ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,

*Defendants*.

Civil Action No. 25-13649-AK

COMPLAINT

FOR

DECLARATORY JUDGMENT

## MOTION TO DISMISS COMPLAINT AGAINST ANDREA JOY CAMPBELL IN HER PERSONAL CAPACITY WITHOUT PREJUDICE

I, Kang Lu, appearing *in propria persona*, respectfully move this Court for an Order dismissing Defendant Andrea Joy Campbell in her personal capacity, without prejudice.

This Motion is limited solely to Defendant Andrea Joy Campbell in her personal capacity and shall not be construed to affect, impair, or otherwise prejudice the declaratory judgment claims asserted against Defendant Campbell in her official capacity as the Attorney General of Massachusetts.

On February 26, 2026, at approximately 3:41 p.m., I conferred by telephone with AAG Mathias Fressilli, counsel for Defendants, at 617-963-2907. Counsel has assented to the relief requested in this Motion.

**WHEREFORE**, I respectfully request that this Court enter an Order dismissing Defendant Andrea Joy Campbell in her personal capacity, without prejudice, and for such other and further relief as the Court deems just and proper.

Dated: February 27, 2026. Respectfully submitted,

/s/ Kang Lu

Kang Lu, *in propria persona.*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
*LibertyWithoutLicense@gmail.com*
Phone: 413-300-2102.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Motion To Dismiss Complaint Against Andrea Joy Campbell in Her Personal Capacity Without Prejudice** was filed and served upon AAG Mathias Fressilli for the defendants using the Court's CM/ECF system.

Dated: February 27, 2026. Respectfully submitted,

/s/ Kang Lu

Kang Lu, *in propria persona.*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
*LibertyWithoutLicense@gmail.com*
Phone: 413-300-2102.