# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Kang Lu<br>*Plaintiff*,<br><br>*v.*<br><br>GINA K. KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security ("EOPSS"),<br><br>ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,<br><br>*Defendants*. | Civil Action No. 25-13649-AK<br><br>COMPLAINT<br><br>FOR<br><br>DECLARATORY JUDGMENT |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

I, Kang Lu, appearing *in propria persona*, respectfully move this Court for an extension of time to file my Opposition to Defendants' Motion to Dismiss. In support thereof, I state as follows:

1. In light of other pending legal matters and work-related responsibilities, I respectfully request additional time to finalize my Opposition.

2. On February 26, 2026, at approximately 3:41 p.m., I conferred by telephone with AAG Mathias Fressilli, counsel for Defendants, at 617-963-2907.

3. Counsel for Defendants has assented to this Motion and has agreed to an extension permitting me to file my Opposition on or before **March 27, 2026**.

**WHEREFORE**, I respectfully request that this Court grant an approximately one-month extension of time and set a new deadline of Friday, **March 27, 2026**, for the filing of my Opposition to Defendants' Motion to Dismiss, and for such other and further relief as the Court deems just and proper.

Dated: February 27, 2026.

Respectfully submitted,

/s/ Kang Lu

Kang Lu, *in propria persona.*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
*LibertyWithoutLicense@gmail.com*
Phone: 413-300-2102.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing **Assented-To Motion for Extension of Time** was filed and served upon AAG Mathias Fressilli for the defendants using the Court's CM/ECF system.

Dated: February 27, 2026.

Respectfully submitted,

/s/ Kang Lu

Kang Lu, *in propria persona.*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
*LibertyWithoutLicense@gmail.com*
Phone: 413-300-2102.