**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| Kang Lu,<br><br>Plaintiff,<br><br>v.<br><br>Gina K Kwon, et al,<br><br>Defendant (s). | ) | Civil Action No. 25-CV-13649-AK |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 22] entered on 8/5/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 8/5/2026

By the Court,

/s/ Courtney Horvath
Deputy Clerk