# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Kang Lu

*Plaintiff*,

*v*.

GINA K. KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security ("EOPSS"), ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,

*Defendants*.

Civil Action No. 25-13649-AK

## NOTICE OF APPEAL

I, Kang Lu, appearing *in propria persona*, hereby give NOTICE in accordance with Federal Appellate Procedure Rules **3** and **4**, published at *https://www.ca1.uscourts.gov/sites/ca1/files/rulebook.pdf* of my appeal as follows:

(A) Party taking the appeal: **Kang Lu**.

(B) Judgment or appealable order from which the appeal is taken:

MEMORANDUM AND ORDER ON DEFENDANTS' MOTION TO DISMISS (Doc. No. 22), issued **August 5, 2026**.

(C) Name of court to which the appeal is taken: United States Court of Appeals For the First Circuit (*https://www.ca1.uscourts.gov/*)

(D) Appellees: Gina K. Kwon and Andrea Joy Campbell

Dated: August 28, 2026.

Respectfully Submitted,

/s/ Kang Lu

Kang Lu,
Appellant, *in propria persona,*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
LibertyWithoutLicense@gmail.com
Phone: 413-300-2102