# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Kang Lu
*Plaintiff*,

*v.*

GINA K. KWON, in her official capacity as Secretary of the Executive Office of Public Safety and Security ("EOPSS"), ANDREA JOY CAMPBELL, in her official capacity as Attorney General of Massachusetts,

*Defendants*.

Civil Action No. 25-13649-AK

**Certificate Of No Transcript**

I, Kang Lu, appearing *in propria persona*, hereby certify, pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B), that no transcript will be ordered because the district court decided the matter on the written record and no oral record exists.

Dated: August 28, 2026.

Respectfully Submitted,

*/s/ Kang Lu*

Kang Lu,
Appellant, *in propria persona,*
5753 Highway 85 North, #2442
Crestview, Florida, 32536
*LibertyWithoutLicense@gmail.com*
Phone: 413-300-2102