# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

---

Case Caption: Lu v. Kwon et al

District Court Number: 1:25-cv-13649-AK

---

Fee: Paid? Yes ____ No X Government filer ____ *In Forma Pauperis* Yes ____ No X

---

Motions Pending Yes ____ No X
*If yes, document #* ____

Sealed documents Yes ____ No X
*If yes, document #* ____

*Ex parte* documents Yes ____ No X
*If yes, document #* ____

Transcripts Yes ____ No X
*If yes, document #* ____

---

Notice of Appeal filed by: Plaintiff/Petitioner X Defendant/Respondent ____ Other: ____

Appeal from:

NOTICE OF APPEAL as to 22 Memorandum & ORDER, 23 Order Dismissing Case

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Docket entry [22] and [23]

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 24 filed on 8/27/2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/28/2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Courtney Horvath
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**